## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-CV-81758-RAR

**DONALD J. TRUMP,**

      Plaintiff,

v.

**SELECT COMMITTEE TO INVESTIGATE**
**THE JANUARY 6TH ATTACK**
**ON THE UNITED STATES CAPITOL**, *et al.*,

      Defendants.

_____/

### ORDER TO PERFECT SERVICE AND FILE STATUS REPORT

**THIS CAUSE** comes before the Court *sua sponte*. On November 11, 2022, Plaintiff Donald J. Trump filed his Complaint, [ECF No. 1]. To date, there is no indication in the court file that Defendants have been served with the summons and Complaint. On November 14, 2022, summonses were issued for nearly all Defendants. [ECF No. 3]. On that same day, however, the Clerk of Court filed a notice informing Plaintiff that a summons could not be issued as to one Defendant because "[t]he party(ies) on the summons(es) does not match the initiating documents re: Adam D. Kinzinger." [ECF No. 4]. The Clerk further instructed, "[f]iler may file a Notice of Filing Proposed Summons(es) with the corrected summons attached." *Id.*

Since then, Plaintiff has not filed a Notice of Filing Proposed Summons with the corrected summons attached or otherwise perfected service. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon a defendant within ninety days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.  Plaintiff shall file a status report **on or before December 22, 2022**, informing the Court as to whether Plaintiff intends to perfect service and prosecute this case.

2.  Additionally, **on or before February 11, 2023**, Plaintiff shall perfect service upon Defendants or show good cause as to why this action should not be dismissed for failure to perfect service of process.  Failure to file proof of service or show good cause on or by February 11, 2023, will result in a dismissal of this action without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of December, 2022.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**