UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

Case No. 22-cv-81758-RAR

DONALD J. TRUMP,

    Plaintiff,

v.

SELECT COMMITTEE TO INVESTIGATE
THE JANUARY 6TH ATTACK
ON THE UNITED STATES CAPITOL, *et al.*

    Defendants.
_____/

## STATUS REPORT

Pursuant to the Court's Order to Perfect Service and File Status Report [ECF No. 6] Plaintiff Donald J. Trump files the attached Proof of Service and hereby notifies the Court that all Defendants in the matter have been served.

Dated: December 21, 2022

Respectfully submitted,

 /s/ Matthew Sarelson
Florida Bar 888281
**DHILLON LAW GROUP, INC.**
Attorneys for Plaintiff
1601 Forum Place, Suite 403
West Palm Beach, Florida 3341
305.773.1952
msarelson@dhillonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, I served the filed version of this document on the Defendants via the Court's e-portal system.

 /s/ Matthew Sarelson
Matthew Sarelson