BENNIE G. THOMPSON, MISSISSIPPI
CHAIRMAN

ZOE LOFGREN, CALIFORNIA
ADAM B. SCHIFF, CALIFORNIA
PETE AGUILAR, CALIFORNIA
STEPHANIE N. MURPHY, FLORIDA
JAMIE RASKIN, MARYLAND
ELAINE G. LURIA, VIRGINIA
LIZ CHENEY, WYOMING
ADAM KINZINGER, ILLINOIS



U.S. House of Representatives
Washington, DC 20515

january6th.house.gov
(202) 225–7800

## One Hundred Seventeenth Congress
## Select Committee to Investigate the January 6th Attack on the United States Capitol

December 28, 2022

David Warrington
Dhillon Law Group Inc.
2000 Duke Street, Suite 300
Alexandria, VA 22314

Dear Mr. Warrington:

    In my capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol (the "Select Committee"), I issued a subpoena to your client, former President Donald J. Trump, on October 21, 2022, regarding various records and deposition testimony.

    As you may know, the Select Committee has concluded its hearings, released its final report and will very soon reach its end. In light of the imminent end of our investigation, the Select Committee can no longer pursue the specific information covered by the subpoena.

    Therefore, through this letter, I hereby formally withdraw the subpoena issued to former President Trump, and notify you that he is no longer obligated to comply or produce records in response to said subpoena.

    We appreciate your engagement with the Select Committee on this matter.

Sincerely,

Bennie G. Thompson
Chairman